Morris Hayes v. The State.

No. 5078.   Decided June 19, 1918.

Local Option—Recognizance.

Where the recognizance failed to recite that appellant was convicted, and the punishment awarded, the appeal must be dismissed on motion of ·the State.

Appeal from the District Court of Harrison.   Tried below before the Hon. P. O. Beard.

Appeal from a conviction of a violation of the local option laws; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—This conviction was for violation of the local option law. Without investigating the case on the facts, it should be dismissed on motion of the Assistant Attorney General based

on the insufficiency of the recognizance. It recites that appellant stands charged with the offense of selling intoxicating liquors in prohibition territory, and requires his appearance before the trial court from day to day and from term to term, and not depart therefrom without leave of that court to abide the judgment of the Court of Criminal Appeals. The defect in the recognizance is that it does not recite, first, that appellant was convicted, and, second, the punishment awarded. The statute requires these matters to be set out in the recognizance. The motion of the Assistant Attorney General is sustained, and the appeal is dismissed.

*Dismissed.*